# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL JERMAINE BAILEY,<br><br>           Petitioner,<br>     vs.<br>DOMINGO URIBE, JR., Warden,<br>           Respondent. | Case No. EDCV 10-1343-GHK (DTB)<br><br>**J U D G M E N T** |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and that this action is dismissed with prejudice.

Dated: 1/5/12

GEORGE H. KING
UNITED STATES DISTRICT JUDGE