JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

MICHAEL JERMAINE BAILEY,        )   Case No.  EDCV 10-1343-GHK (DTB)
                                )
                    Petitioner, )   **J U D G M E N T**
              vs.               )
                                )
DOMINGO URIBE, JR., Warden,     )
                                )
                    Respondent. )
————————————————————————————————)

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and that this action is dismissed with prejudice.

Dated: ___1/5/12___

_____
GEORGE H. KING
UNITED STATES DISTRICT JUDGE

1